**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------X
CRISTAL MARMOL HERNANDEZ,
*individually and on behalf of others similarly situated,*                                              **20-cv-05041**

                *Plaintiff*,

    -against-

POLLO SABROSO RESTAURANT CORP
(D/B/A POLLO SABROSO), MAXIMO
SANTIAGO, and MAGALIS DIAZ,

                *Defendants.*
---------------------------------------------------------X

### [Proposed] JUDGMENT
### JUDGMENT

On January 21, 2021 Plaintiff filed a notice of acceptance of offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure;

NOW, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

That the Plaintiff CRISTAL MARMOL HERNANDEZ has judgment against Defendants POLLO SABROSO RESTAURANT CORP (D/B/A POLLO SABROSO), MAXIMA SANTIAGO, and MAGALIS DIAZ, in the amount of $15,000, (Fifteen Thousand Dollars) which is inclusive of attorneys' fees and costs.

Dated: _____, 2021

                                                          **HON. LEWIS J. LIMAN**