**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------X
CRISTAL MARMOL HERNANDEZ,
*individually and on behalf of others similarly situated,*

                               *Plaintiff*,

       -against-

POLLO SABROSO RESTAURANT CORP (D/B/A POLLO SABROSO), MAXIMO SANTIAGO, and MAGALIS DIAZ,

                               *Defendants.*
---------------------------------------------------------X

20-cv-05041

**[Proposed] JUDGMENT**
**<u>JUDGMENT</u>**

On January 21, 2021 Plaintiff filed a notice of acceptance of offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure;

NOW, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

That the Plaintiff CRISTAL MARMOL HERNANDEZ has judgment against Defendants POLLO SABROSO RESTAURANT CORP (D/B/A POLLO SABROSO), MAXIMA SANTIAGO, and MAGALIS DIAZ, in the amount of $15,000, (Fifteen Thousand Dollars) which is inclusive of attorneys' fees and costs.

Dated: January 24, 2021

                                             **HON. LEWIS J. LIMAN**